**Order entered September 17, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00604-CV**

**IN RE THE COMMITMENT OF CEDRIC OLIVER WEST**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CV1970006**

**ORDER**

Appellant appeals from the trial court's December 4, 2019 judgment. Although appellant stated in his notice of appeal that he filed a timely motion for new trial on December 18, 2019, the clerk's record did not contain such a document. Accordingly, by letter dated August 10, 2020, the Court questioned its jurisdiction over this appeal because it appeared the notice of appeal filed on February 27, 2020 was untimely. *See* TEX. R. APP. P. 26.1 (without timely post-judgment motion extending appellate deadline, notice of appeal due thirty days after date judgment signed). Appellant filed a response with a copy of his motion

for new trial with the district clerk's file stamp showing it was filed on December 18, 2019. Thus, it appears this Court has jurisdiction over this appeal.

Before the Court is appellant's September 14, 2020 motion to abate the appeal. Appellant asks this Court to abate the appeal and remand this case to the trial court so that the "clerk's record may be supplemented with the missing items." We **GRANT** appellant's motion as follows:

We **ORDER** Dallas County District Clerk Felicia Pitre to file, by **September 23, 2020**, a supplemental clerk's record containing the following documents:

1. Charge of the Court – filed on or about December 4, 2019;

2. Question and Verdict Certificate – filed on or about December 4, 2019;

3. Respondent's Motion for New Trial – filed on December 18, 2019;

4. Notice of Appeal – filed on February 27, 2020;

5. Statement of Inability to Afford Payment of Court Costs – filed on February 27, 2020);

6. Request and Designation of Clerk's Record – filed on February 27, 2020;

7. Request and Designation of Reporter's Record – filed on February 27, 2020; and

8. Order on West's Motion for the Preparation of the Clerk's Record and Reporter's Record – filed on or about February 27, 2020).

On the Court's own motion, we extend the time for appellant to file his brief on the merits to **October 23, 2020**.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Pitre and all parties.

/s/    ERIN A. NOWELL
          JUSTICE